FILED

2024 Sep-06  AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

Decarla Raietta Heard,                    ]
                                          ]
          Plaintiff,                      ]
                                          ]
v.                                        ]          Civil Action No.:
                                          ]          7:23-cv-1424-LSC
Darius Miles, et al.,                     ]
                                          ]
          Defendants.                     ]
                                          ]

Order

The parties have notified the court that they have selected Allen Schreiber as mediator in this case.  As the mediator, Mr. Schreiber is required to fix a time and place for the mediation session, ADR Plan (IV)(B)(8), and to submit a report of the mediation, pursuant to ADR Plan (IV)(B)(9)(g).  The parties shall arrange for and pay the mediator's fee directly to him.

The parties are reminded that, pursuant to Paragraph 7 of the court's ADR Plan, all individual parties, or if other than an individual, a representative with full authority to settle, must attend the mediation session.

The Clerk of Court is DIRECTED to send a copy of this order to the mediator and all counsel of record.

Mediation is not a substitute for trial and in the event that no agreement is reached, this

case will proceed to trial on June 2, 2025.

Done this 6th day of September, 2024.

L. Scott Coogler
United States District Judge

202713