# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **DECARLA RAIETTA HEARD,** ) <br> **Personal Representative of the** ) <br> **Estate of Jamea Jonae Harris,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DARIUS MILES,** *et al.*, ) <br> ) <br> **Defendants.** ) | Case 7:23-cv-01424-AMM |

## **STIPULATION OF DISMISSAL**

Through their undersigned counsel, the parties stipulate to the dismissal of all claims asserted or assertable in this matter, with prejudice. Each party is to bear their own costs.

/s/ Charles K. Hamilton
Charles K. Hamilton
khamilton@wallacejordan.com
Wallace Jordan Ratliff & Brandt LLC
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555
Counsel for Brandon Miller

/s/ Kirby D. Farris (with permission)
kfarris@frplegal.com
FARRIS, RILEY & PITT, LLP
The Gray Building
1728 Third Avenue North
Suite 500
Birmingham, Alabama 35203
(205) 324-1212
Counsel for the Plaintiff


/s/ Wilson M. Landers (with permission)
wmlanders@csattorneys.com
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
(205) 795-6588
Counsel for Darius Miles


/s/ John C. Robbins (w/ permission)
Jcrobbins59@yahoo.com
ROBBINS LAW FIRM
2031 2nd Avenue North
Birmingham, Alabama 35203
(205) 320-5270
Counsel for Michael Davis